UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**OBERON SECURITIES, LLC,**

**Plaintiff,**

**- against –**

**PRIMARY HEALTH PROPERTIES PLC, ET ANO.,**

**Defendants.**

---

**26-cv-6542 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' prior motion to dismiss on **Monday, August 10, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 6, 2026**

**John G. Koeltl**
**United States District Judge**