UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OBERON SECURITIES, LLC,

Plaintiff,

- against -

PRIMARY HEALTH PROPERTIES PLC, ET AL.,

Defendants.

26-cv-6542 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **October 1, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
September 16, 2026

John G. Koeltl
United States District Judge